# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DORAN ONEAL HARPER                               Case No.: 09-39225

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2009.

2) This case was confirmed on 02/24/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/15/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/26/2012.

5) The case was converted on 06/04/2012.

6) Number of months from filing to the last payment:  27

7) Number of months case was pending:  32

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    22,400.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 30,385.95 |
| Less amount refunded to debtor | $ 9.67 |
| **NET RECEIPTS** | $ 30,376.28 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,727.05 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,227.05 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CARRINGTON MORTGAGE | SECURED | 390,000.00 | 459,744.37 | .00 | .00 | .00 |
| CARRINGTON MORTGAGE | SECURED | NA | 3,083.50 | 3,083.50 | 3,083.50 | .00 |
| CARRINGTON MORTGAGE | UNSECURED | 37,999.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,000.00 | 10,468.43 | 10,468.43 | 10,468.43 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 4,000.00 | 5,850.42 | 5,850.42 | 5,850.42 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 12,779.70 | 17,375.85 | 17,375.85 | 2,512.56 | .00 |
| ASSET ACCEPTANCE COR | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATES CAPITAL B | UNSECURED | 6,767.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 317.00 | 317.00 | 317.00 | 36.67 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| FIRST BANK | UNSECURED | 10,554.00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 11,199.38 | 7,700.02 | 7,700.02 | 1,113.43 | .00 |
| GMAC | OTHER | .00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 10,671.46 | 6,868.12 | 6,868.12 | 993.14 | .00 |
| GMAC | OTHER | NA | NA | NA | .00 | .00 |
| GREAT LAKES RESTORAT | UNSECURED | 11,050.79 | NA | NA | .00 | .00 |
| GREAT LAKES RESTORAT | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| HELLER & FRISONE | UNSECURED | 12,962.65 | NA | NA | .00 | .00 |
| HELLER & FRISONE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN GR | UNSECURED | 198.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 285.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ST JAMES OLMPIA FIEL | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 8,262.44 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 6,784.32 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 3,365.30 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 1,015.00 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 1,021.74 | NA | NA | .00 | .00 |
| PREMIUM ASSET MGMT | OTHER | .00 | NA | NA | .00 | .00 |
| SUBURAU CREDIE | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 2,033.95 | 2,033.95 | 294.11 | .00 |
| CERTIFIED SEERVICES | UNSECURED | 1,120.50 | NA | NA | .00 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 83.88 | 83.88 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 3,478.20 | 3,478.20 | 502.95 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 210.14 | 210.14 | .00 |
| OPEN MRI OF OLYMPIA | UNSECURED | 477.78 | NA | NA | .00 | .00 |
| FRANCISCAN ALLIANCE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 1,922.00 | NA | NA | .00 | .00 |
| MALCOM S GERALD & AS | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,780.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,083.50 | 3,083.50 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,083.50 | 3,083.50 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 16,612.87 | 16,612.87 | .00 |
| **TOTAL PRIORITY:** | 16,612.87 | 16,612.87 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,773.14 | 5,452.86 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,227.05 |
| Disbursements to Creditors | $ | 25,149.23 |
| **TOTAL DISBURSEMENTS:** | $ | 30,376.28 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/03/2012                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**